# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

### MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| MAHA ABDOU MIKHAEL, | CASE No. 1:25-cv-00851 |
| Plaintiff, | DATE: April 30, 2025 |
| v. | JUDGE DAVID A. RUIZ |
| CLEVELAND PUBLIC MARKET CORPORATION, *et al.*, | COURT REPORTER:  Shirle Perkins |
| Defendants. | |

Attorneys for Plaintiff:
Jason D. Winter and Courtney J. Trimacco

Attorney for Defendants Cleveland Public Market Corporation and Rosemary Mudry:
Jan Roller

Attorneys for Defendant City of Cleveland:
Gilbert E. Blomgren and Michael J. Pike

PROCEEDINGS:   The Court held a telephonic Hearing regarding Plaintiff's Motion for temporary restraining order (R. 2) on this date with the above counsel. After argument from all sides, the Court indicated it would take the matter under advisement and issue a written decision in due course.

Total Time: 1 hour 15 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge