**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAHA ABDOU MIKHAEL, | ) | CASE NO.: 1-25-cv-851 |
| | ) | |
| Plaintiff, | ) | JUDGE: DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEVELAND PUBLIC MARKET | ) | **PLAINTIFF'S NOTICE OF** |
| CORPORATION, *et al.*, | ) | **WITHDRAWAL OF *MOTION FOR*** |
| | ) | ***TEMPORARY RESTRAINING ORDER*** |
| Defendants. | ) | **(DOC #2) AND *MOTION FOR*** |
| | ) | ***EXPEDITED DISCOVERY* (DOC #9)** |

Please take notice that Plaintiff Maha Abdou Mikhael ("Plaintiff"), by and through undersigned counsel, hereby withdraws her *Motion for Temporary Restraining Order* (Doc #2) and *Motion for Expedited Discovery* (Doc #9) (collectively, "the Motions") filed herein on April 29, 2025.

Plaintiff vehemently rejects the purported facts and propositions of law set forth by Defendant City of Cleveland ("the City") in opposing the Motions – particularly, the false narrative proffered by the Cleveland Public Market Corporation ("CPMC") and adopted by the City that Plaintiff "voluntarily vacated" her Market stand which has no basis in fact or evidence. Plaintiff's withdrawal of the Motions should in no way be construed as acceptance of this narrative or of the propositions of law set forth by the City. To the contrary, the need for these Motions has been obviated by Plaintiff's filing of her First Amended Complaint which continues to pursue injunctive relief and Plaintiff's forthcoming issuance of discovery requests to Defendants to be responded to in the ordinary course as outlined by the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Courtney J. Trimacco*
COURTNEY J. TRIMACCO (0082816)
JASON D. WINTER (0076191)
WINTER │ TRIMACCO CO., LPA
950 Main Ave., Suite 1210
Cleveland, Ohio 44113
Ph: (216) 675-3300 / Fax (216) 472-8706
Emails: courtney@wintertrimacco.com
jason@wintertrimacco.com

*Counsel for Plaintiff Maha Abdou Mikhael*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of May, 2025, I electronically filed *Plaintiff's Notice of Withdrawal of Motion for Temporary Restraining Order (Doc #2) and Motion for Expedited Discovery (Doc #9)* with the Clerk of the Court using the ECF system, which will send notification to all attorneys of record.

                                      */s/ Courtney J. Trimacco*
                                      COURTNEY J. TRIMACCO (0082816)
                                      JASON D. WINTER (0076191)
                                      WINTER │ TRIMACCO CO., LPA

                                      *Counsel for Plaintiff Maha Abdou Mikhael*