# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MAHA ABDOU MIKHAEL, <br><br> Plaintiff, <br><br> v. <br><br> CLEVELAND PUBLIC MARKET CORPORATION, *et al.,* <br><br> Defendants. | CASE NO. 1:25-cv-00851 <br><br> JUDGE DAVID A. RUIZ <br><br> MAGISTRATE JUDGE: JAMES E. GRIMES, JR. <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO PLEAD** |

Defendants Cleveland Public Market Corporation, Rosemary Mudry, and City of Cleveland (collectively, "Defendants") respectfully request to move, plead, or otherwise respond to Plaintiff's Amended Complaint on or before October 24th, 2025, to provide the parties additional time to finalize discussing dispute resolution prior to submitting a stipulated dismissal. Prior to this filing Defendants contacted counsel for the Plaintiff who indicated no opposition to this request. Accordingly, Defendants respectfully request to move, plead, or otherwise respond to Plaintiff's Amended Complaint on or before October 24th, 2025.

Respectfully Submitted,

| | |
|---|---|
| MARK GRIFFIN (#006141) <br> Director of Law <br><br> /s/ *William Menzalora per consent* <br> **William Menzalora (#0061136)** <br> Chief Assistant Director of Law <br> **Michael Pike (#0074063)** <br> **Gilbert E. Blomgren (#0065240)** <br> Assistant Director of Law <br> City of Cleveland, Dept. of Law <br> 601 Lakeside Ave. E., Room 106 <br> Cleveland, Ohio 44114 <br> T: (216) 664-4190 <br> F: (216) 664-2663 <br> WMenzalora@clevelandohio.gov <br> MPike@clevelandohio.gov <br> GBlomgren@clevelandohio.gov <br><br> *Attorneys for the City of Cleveland* | **ZASHIN & RICH Co., L.P.A.** <br><br> /s/ *David P. Frantz* <br> **Stephen S. Zashin (#0064557)** <br> ssz@zrlaw.com <br> **David P. Frantz (#0091352)** <br> dpf@zrlaw.com <br> 950 Main Avenue 4th Floor <br> Cleveland, OH 44113 <br> T: (216) 696-4441 <br> F: (216) 696-1618 <br><br> *Attorneys for Defendants Cleveland Public Market Corporation & Rosemary Mudry* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2025 the foregoing document was served via the Court's electronic filing system.

>	/s/ David P. Frantz
>	**Stephen S. Zashin (#0064557)**
>	  ssz@zrlaw.com
>	**David P. Frantz (#0091352)**
>	  dpf@zrlaw.com
>	950 Main Avenue 4th Floor
>	Cleveland, OH  44113
>	Telephone: (216) 696-4441
>	Facsimile: (216) 696-1618
>
>	*Attorneys for Defendants Cleveland Public Market Corporation & Rosemary Mudry*