# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MAHA ABDOU MIKHAEL, | CASE NO. 1:25-cv-00851 |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| v. | MAGISTRATE JUDGE: JAMES E. GRIMES, JR. |
| CLEVELAND PUBLIC MARKET CORPORATION, *et al.,* | **ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Civ. R. 41(a)(1)(A)(ii), Plaintiff Maha Abdou Mikhael and Defendants Cleveland Public Market Corporation, Rosemary Mudry, and City of Cleveland stipulate that the above captioned lawsuit be dismissed, with prejudice and the parties to bear their own costs and attorney fees.  The Court shall retain jurisdiction over the parties' settlement agreement.

**IT IS SO ORDERED:**

*/s/ David A. Ruiz*  November 18, 2025
_____
**The Honorable David A. Ruiz**

Respectfully Submitted,

| | |
|---|---|
| /s/ *Courtney Trimacco per consent* | /s/ *David P. Frantz* |
| **COURTNEY J. TRIMACCO (#0082816)** | **STEPHEN S. ZASHIN (#0064557)** |
|   courtney@wintertrimacco.com |   ssz@zrlwa.com |
| **JASON D. WINTER (#0076191)** | **DAVID P. FRANTZ (#0091352)** |
|   jason@wintertrimacco.com |   dpf@zrlaw.com |
| **WINTER │ TRIMACCO CO., LPA** | **ZASHIN & RICH CO., L.P.A.** |
| 950 Main Ave., Suite 1210 | 950 Main Ave, 4th Floor |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 |
| T: (216) 675-3300 | T: (216) 696-4441 |
| F: (216) 472-8706 | F: (216) 696-1618 |
| | |
| *Counsel for Plaintiff Maha Abdou Mikhael* | *Attorneys for Defendants Cleveland Public Market Corporation & Rosemary Mudry* |

MARK GRIFFIN (#006141)
Director of Law

<u>/s/ *William Menzalora per consent*</u>
**WILLIAM MENZALORA (#0061136)**
Chief Assistant Director of Law
**MICHAEL PIKE (#0074063)**
**GILBERT E. BLOMGREN (#0065240)**
Assistant Director of Law
**CITY OF CLEVELAND, DEPT. OF LAW**
601 Lakeside Ave. E., Room 106
Cleveland, Ohio 44114
T: (216) 664-4190
F: (216) 664-2663
Email: WMenzalora@clevelandohio.gov
           MPike@clevelandohio.gov
           GBlomgren@clevelandohio.gov

*Attorneys for the City of Cleveland*